1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DONALD WILLIAMS,

10          Plaintiff,                    No. CIV S-09-3067 GGH P

11      vs.

12   M.S. EVANS, et al.,

13          Defendants.                   <u>ORDER</u>

14   _____/

15          On February 2, 2011, the court ordered that this case be closed and defendant

16   Purit, who had not been served, was also dismissed.  As the court ordered the United States

17   Marshal to serve Purit on October 8, 2010, the order is vacated and the United States Marshal

18   need not effectuate service.

19          Accordingly, IT IS HEREBY ORDERED that:

20          1.  The court's October 8, 2010, order that the United States Marshal serve Purit is

21   vacated and the United States Marshal need not effectuate service;

22          2.  The Clerk of the Court shall forward this order to the United States Marshal.

23   DATED: February 7, 2011

24                                        /s/ Gregory G. Hollows
                                          _____
25                                        UNITED STATES MAGISTRATE JUDGE

GGH: AB
26   will3067.ord

                              1